

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00201-CV

IN RE AMERICAN AIRLINES, INC.

§    Original Proceeding

§    236th District Court of Tarrant County, Texas

§    Trial Court No. 236-326225-21

§    September 12, 2022

§    Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered relator's petition for writ of mandamus, all responsive filings, and the in camera documents forwarded by the trial judge and holds that the petition should be conditionally granted in part. Accordingly, we conditionally grant the writ of mandamus in part and order the trial court to vacate its verbal directive to the parties to forward all documents to be filed to its court coordinator via email (the Email Order) instead of being paper filed under seal with the Tarrant County District Clerk. We further order the trial court—to the extent it has not already done so—to comply with Rule of Civil Procedure 74 by noting the

filing date and time on the documents tendered solely to the court coordinator via email in accordance with the Email Order. We direct the court coordinator of the 236th District Court—and any other trial court personnel in possession of digital or paper copies of the described items—to then forward any of those file-marked documents that have not already been forwarded according to our July 26, 2022 order in cause number 02-22-00159-CV to the Tarrant County District Clerk under seal.

It is further ordered that each party shall bear their own costs of this original proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack